IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WILLIE WELLS,                                                                                    PETITIONER
ADC #100985

v.                                          2:14CV00059-JLH-JJV

DANNY BURL, Warden; and
JENNIFER MILLER, Parole Officer,                                                    RESPONDENTS

## ORDER

The Clerk of the Court shall serve a copy of the Petition for Writ of Habeas Corpus (Doc. No. 1) and this Order on the Respondents and the Arkansas Attorney General by regular mail. Respondent shall file an answer, motion, or other pleading responsive to the Petition, in conformity with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Court, within forty (40) days after service of this Petition, exclusive of the day of service.

IT IS SO ORDERED this 30th day of April, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE