# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

WILLIE WELLS                                                                                          PETITIONER

v.                                          No. 2:14CV00059 JLH-JJV

DANNY BURL, Warden; and
JENNIFER MILLER, Parole Officer                                                       RESPONDENTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no issue on which Willie Wells has made a substantial showing of a denial of a constitutional right. Thus, the certificate of appealability is denied.

IT IS THEREFORE ORDERED that Wells's Petition is DISMISSED with prejudice. Document #1. The requested relief is denied.

DATED this 4th day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE