# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

WILLIE WELLS                                                                                              PETITIONER

v.                                      No. 2:14CV00059 JLH-JJV

DANNY BURL, Warden; and
JENNIFER MILLER, Parole Officer                                                            RESPONDENTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.   A certificate of appealability is DENIED.

DATED this 4th day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE